UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| **IN THE MATTER OF:** | **CASE NUMBER:** |
| **ROGER T. WILLIAMSON** | **09-04809-8-ATS** |
| **LISA P. WILLIAMSON** | **CHAPTER 13** |
|        Debtor(s) | |

**RESPONSE TO DEBTOR'S MOTION**

**DATED JULY 31, 2009**

NOW COMES, John F. Logan, Standing Chapter 13 Trustee, in response to the Motion filed by the Debtor's for permission to make plan payments direct to their Chapter 13 Trustee and, says:

    1. The Debtor's have expressed privacy concerns with regard to their employment positions. The Trustee's normal procedure is to send the Payroll Deduction Order to the Human Resource Department or the Payroll Department of each company.

    2. The bankruptcy filing is a public record. It is not the Trustee's intent to jeopardize the Debtor's positions of employment, quite the contrary.

    3. The Trustee is informed and believes, that the Debtor's submitting their wages to payroll deduction, have a better chance of completing their Chapter 13 Plan, thus being able to enjoying the benefits of the "fresh start" provided by the filing of their Petition.

    4. The Trustee acknowledges that the plan payment of $3,461.00 is more than any one of the Debtors salary will support. However, the Trustee has in the past and is currently willing, to divide the payment between both Debtors thereby eliminating a burden on any one of them.

    WHEREFORE, the undersigned prays the Court as follows:

    1. That the Debtors be directed to submit their wages to a Payroll Deduction Order.

    2. For such other and further relief as the Court may deem just and proper.

DATED: AUGUST 21, 2009.          /s/ John F. Logan
                                              John F. Logan – Chapter 13 Trustee
                                              PO Box 61039 Raleigh, NC 27661
                                              (919) 876-1355

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | |
|---|---|
| **IN THE MATTER OF:** | **CASE NUMBER:** |
| **ROGER T. WILLIAMSON** | **09-04809-8-ATS** |
| **LISA P. WILLIAMSON** | **CHAPTER 13** |
| **Debtor(s)** | |

**CERTIFICATE OF SERVICE**

I, Frances W. Bradley, of PO Box 61039, Raleigh, NC 27661-1039, do certify:

That I am and at all times hereinafter mentioned was, more than eighteen (18) years of age; and

That I have this day served a copy of the **RESPONSE** upon all interested parties in this action by depositing a copy of same in a postage paid envelope with the United States Postal Service **or, if such interested party is a filing user by serving such interested party by electronic transmission, pursuant to Local Rule 5005-4(9)(b)** addressed to:

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC  27615

Roger T. Williamson
Lisa P. Williamson
PO Box 498
Butner, NC  27509

I certify under penalty of perjury that the foregoing is true and correct.

EXECUTED ON: August 21, 2009.

 /s/ Frances W. Bradley
Frances W. Bradley
Case Administrator Supervisor